UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSA MENDOZA

                Plaintiff(s)

v.

SHELDON H. KRONEGOLD, ESQ. a/k/a
SHELDON HERBERT KRONEGOLD and
KRONEGOLD & ASSOCIATES, ESQS.

                Defendant(s)

---

07 CV 6992 (SHS)

STIPULATION OF
DISCONTINUANCE



NOV 20 2007

PRO SE OFFICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorney of record for ROSA MENDOZA, in the above entitled action, that whereas no party hereto is an infant for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby discontinued against SHELDON H. KRONEGOLD, ESQ., SHELDON HERBERT KRONEGOLD and KRONEGOLD & ASSOCIATES, ESQS. as pe their agreements with **with prejudice**, without costs to either party as against the other. The stipulation may be filed without further notice with the Clerk of the Court.

Dated: November 20, 2007
       New York, New York

_____
Sheldon H. Kronegold
Attorney Pro Se
P.O. Box 185
Leonia, New Jersey 07605-0185
973-648-0012

_____
Daniel Berke, Esq.
Attorney for Plaintiff
511 East 80th Street, Suite LH
New York, New York 10021
917-747-4263

SO ORDERED 11/21/07

_____
SIDNEY H. STEIN
U.S.D.J.